1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

10

## CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| CHANELLE CLARK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN KIYOSHI MINOTA, et al.,<br><br>Defendants. | ) Case No. 2:20-cv-04383-AB-PVC<br>)<br>) **COLLECTIVE ACTION**<br>)<br>)<br>) **[Proposed] ORDER GRANTING**<br>) **STIPULATION FOR DISMISSAL**<br>) **PURSUANT TO FLSA SETTLEMENT**<br>)<br>)<br>)<br>) |

19

20      The Court having reviewed the parties' Stipulation for Dismissal Pursuant

21  to FLSA Settlement, **IT IS HEREBY ORDERED** that the above-entitled action

22  is **DISMISSED with prejudice** in its entirety pursuant to Federal Rule of Civil

23  Procedure Rule 41(a)(2).

24      **IT IS SO ORDERED.**

25

26  Dated:  April 5, 2022

27                                                 Honorable André Birotte Jr.
                                                   United States District Judge

28